JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HARPER,<br>　　　　Petitioner,<br>　　v.<br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al,<br>　　　　Respondents. | NO. CV 20-5261-JGB (KS)<br><br>JUDGMENT |

Pursuant to the Court's Order,

IT IS ADJUDGED that that this action is dismissed without prejudice.

DATE: June 18, 2020

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE